JS-6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GARCIA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>RYAN GOLDINE, as Trustee of the Gloria Allard Family Trust, and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. 8:24-cv-01248-JWH-ADS<br><br>**JUDGMENT** |

Pursuant to the "Order Regarding Plaintiff's Motion for Default Judgment [ECF No. 16]" entered substantially contemporaneously herewith, and in accordance with Rules 55 and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331.

2. Defendants DOES 1-10 are **DISMISSED**.

3. The claims for relief of Plaintiff Maria Garcia arising under the Unruh Civil Rights Act and Disabled Persons Act, as well as the claims for negligence and violation of the California Health and Safety Code, are **DISMISED**.

4. With respect to the claim for relief arising under the Americans with Disabilities Act of 1990, **JUDGMENT** is entered in **FAVOR** of Plaintiff Maria Garcia and **AGAINST** Defendant Ryan Goldine, in the amount of $1,935 (which consists of $1,450 in attorney's fees and $485 in costs). In addition, Defendant Ryan Goldine is **ORDERED** to provide an accessible parking space at the property located at or about 1205 San Pedro St., Los Angeles, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

5. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: February 18, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE

-2-